| AO 10 Rev. 1/2006 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2005 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) O'Malley, Kathleen M | 2. Court or Organization U.S. District Court, N.D. Ohio | 3. Date of Report 05/10/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge, Active | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☒ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2005 to 12/31/2005 |
| 7. Chambers or Office Address 801 W. Superior Avenue Rm 16A Cleveland, OH 44113-1840 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Chair | Judges' Committee, Federal Circuit Bar Association |
| 2. Member | Judicial Conference Committee on Space & Facilities |
| 3. Advisory Board Member | University of Maryland School of Law, Intellectual Property Advisory Board |
| 4. Dean's Advisory Committee | Case Law School |
| 5. Master Bencher | Anthony J. Celebrezze Inn of Court |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED FINANCIAL DISCLOSURE OFFICE May 15 12 04 PM '06

| Name of Person Reporting | Date of Report |
|---|---|
| O'Malley, Kathleen M | 05/10/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. The Sedona Conference | April 6-April 9 - Sedona, Arizona, Educational Conference (Transporation, Hotel, Meals) |
| 2. American International Patent Law Association | May 13-May 14 - Philadelphia, PA, Spring Meeting - Speaker (Transportation) |
| 3. Federal Judical Center | May 25-May 27 - Berkley, CA Intellectual Property Educational Seminar (Transporation, Hotel, Meal) |
| 4. Federal Circuit Bar Association | Jun. 22-Jun. 25 - Kiawah, SC Bench & Bar Educational Conference/CLE (Transportation, Hotel, Meals, Program Registration) |
| 5. American Bar Assoc./American Law Institute | Sept. 29-Sept 30 - Chicago, IL Educational seminar/Conference/CLE (Transporation, Hotel, Meals) |
| 6. Intellectual Property Owners Education Foundation | Oct 24-Oct 26, Washington, DC International Judges Conference on Intellectual Property Law, (Transportation, Hotel, Meals) |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Malley, Kathleen M | 05/10/2006 |

| | |
|---|---|
| 7. AEI-Brookings Joint Center for Regulatory Studies | Nov 3- Nov 4 - Washington, DC Judicial Educational Program & Symposium (Transportation, Hotel) |
| 8. United States Judicial Conference | Dec 12-14, Naples, FL Space & Facilities Committee Meeting (Transportation, Hotel) |
| 9. G. Pappas | Feb 2-Feb 9 Paris, France (Transportation, Lodging) |
| 10. G. Pappas | May 17-May 23 London, England (Transportation, Lodging) |
| 11. G. Pappas | Dec. 26 - Jan 1 Los Cabos, San Lucas, Mexico (Transportation, Lodging) |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Malley, Kathleen M | 05/10/2006 |

| | |
|---|---|
| 7. AEI-Brookings Joint Center for Regulatory Studies | Nov 3- Nov 4 - Washington, DC Judicial Educational Program & Symposium (Transportation, Hotel) |
| 8. United States Judicial Conference | Dec 12-14, Naples, FL Space & Facilities Committee Meeting (Transportation, Hotel) |
| 9. G. Pappas | Feb 2-Feb 9 Paris, France (Transportation, Lodging) |
| 10. G. Pappas | May 17-May 23 London, England (Transportation, Lodging) |
| 11. G. Pappas | Dec. 26 - Jan 1 Los Cabos, San Lucas, Mexico (Transportation, Lodging) |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Malley, Kathleen M | 05/10/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. G. Pappas | Earrings and Bracelet | $ 800.00 |
| 2. G. Pappas | Ring | $ 2,500.00 |
| 3. G. Pappas | Clothing | $ 2,400.00 |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Fifth Third National Bank | Credit Card | J |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Malley, Kathleen M | 05/10/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. ING Life Insurance | | None | J | T | redemption | 4/12 | J | A | ING |
| 2. | | | | | | | | | |
| 3. | | | | | | | | | |
| 4. | | | | | | | | | |
| 5. | | | | | | | | | |
| 6. | | | | | | | | | |
| 7. | | | | | | | | | |
| 8. | | | | | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Malley, Kathleen M | 05/10/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VII.  Investments and Trusts, Line 1:   Not aware of existence of cash surrender value of policy until after divorce in September, 2004.

| Name of Person Reporting | Date of Report |
|---|---|
| O'Malley, Kathleen M | 05/10/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| O'Malley, Kathleen M | 05/10/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____ Date _5/11/06_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544